UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TITUS WILDER,

                              Plaintiff,

   -v-                                 3:18-CV-439
                                      (DNH/DEP)

PTL. KEVIN BROWN, Binghamton Police
Department; PTL. DANIEL OSTANEK,
Binghamton Police Department;
BINGHAMTON POLICE DEPARTMENT; and
BROOME COUNTY,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:                                    OF COUNSEL:

TITUS WILDER
Plaintiff, pro se
17-A-4315
Attica Correctional Facility
Box 149
Attica, NY 14011

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Titus Wilder brought this civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2018, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be accepted for filing but that the City of Binghamton be substituted in place of the Binghamton Police Department. No objections to the Report-Recommendation were filed.

Based upon a careful review of the Report-Recommendation, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is accepted for filing; and

2. The City of Binghamton be substituted in place of the Binghamton Police Department.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 30, 2018
       Utica, New York.